UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

New York Solar Authority, Ltd.,

Plaintiff,

v.

City of New York,

Defendant.

26-CV-3842 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Preliminary Injunction, ECF No. 15, and the parties' accompanying briefing. By September 18, 2026, the parties are directed to file a joint status letter on their respective positions regarding the expected timeline of the Phase II process and award of the contract at issue in this case.

SO ORDERED.

Dated: September 15, 2026
New York, New York

DALE E. HO
United States District Judge